# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MERCEDES VERA BARBOTA,

   Plaintiff,

v.            Case No:   6:23-cv-52-ACC-LHP

UNITED STATES OF AMERICA,

   Defendant

_____

## ORDER TO STRIKE

   This cause comes before the Court on the filing of Plaintiff's Rule 26(a)(1) Initial Disclosures.   Doc. No. 25.   On review, the filing (Doc. No. 25) is **ORDERED stricken**.   *See* Fed. R. Civ. P. 5(d)(1)(A).

   **DONE** and **ORDERED** in Orlando, Florida on August 31, 2023.

              Leslie Hoffman Price
              LESLIE HOFFMAN PRICE
             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties